UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 10-9171 CAS (MANx) | Date | April 15, 2011 |
|---|---|---|---|
| Title | NANA BAIDOOBONSO-IAM; ET AL. v. BANK OF AMERICA (HOME LOANS); ET AL. | | |

| Present: The Honorable | CHRISTINA A. SNYDER | |
|---|---|---|
| CATHERINE JEANG | Not Present | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:**        **(In Chambers:) ORDER TO SHOW CAUSE WHY THE ACTION SHOULD NOT BE DISMISSED WITH PREJUDICE**

On October 27, 2010, plaintiffs Nana Baidoobonso-Iam and William Collier filed suit in the Los Angeles County Superior Court in connection with a mortgage loan transaction into which William Collier entered in 2006.  See Complaint ¶ 13. On November 29, 2010, the instant action was removed to federal court on the basis of diversity jurisdiction pursuant to 28 U.S.C. § 1332.

On December 6, 2010, defendants filed a motion to dismiss plaintiffs' complaint for failure to state a claim.  On January 28, 2011, one business day before the Court was set to hear defendants' motion to dismiss, plaintiffs filed an opposition to defendants' removal or in the alternative for an order remanding the case to state court.  On March 3, 2011, the Court denied plaintiffs' motion for remand and granted defendants' motion to dismiss the complaint without prejudice.  See Dkt. 17.  The Court ordered plaintiffs to file a complaint within thirty (30) days from the filing of the order and admonished that, in the event they did not amend the complaint, the Court would dismiss the action with prejudice.  Id.

On April 5, 2011, rather than filing an amended complaint, plaintiffs filed an "Opposition to Defendants' Motion to Dismiss."  See Dkt. 18.  This is an inappropriate filing because the Court granted defendants' motion to dismiss on March 3, 2011.  See Dkt. 17.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 10-9171 CAS (MANx) | Date | April 15, 2011 |
|---|---|---|---|
| Title | NANA BAIDOOBONSO-IAM; ET AL. v. BANK OF AMERICA (HOME LOANS); ET AL. | | |

      Because plaintiffs have not filed an amended complaint, and the thirty (30) day period to amend the complaint expired on April 4, 2011, **plaintiffs are hereby ORDERED to SHOW CAUSE on or before April 29, 2011 why the instant action should not be dismissed with prejudice.**

      IT IS SO ORDERED.

|  | 00 | : | 00 |
|---|---|---|---|
| Initials of Preparer | | VDR | |